JONATHAN O. PENA, SBN#278044
Law Office of Jonathan Pena
333 W. Shaw Ave., Ste. 102
Fresno, CA  93722
Ph: 559-412-5390, Fax: 866-282-6709
info@jonathanpena.com

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| ROBERT ZAMORA,<br><br>           Plaintiff,<br><br>    vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>           Defendant. | Case No.: 1:14-cv-00197-JLT<br><br>STIPULATION AND PROPOSED ORDER FOR AN EXTENSION OF TIME TO SERVE PLAINTIFF'S OPENING BRIEF<br><br>(Doc. 17) |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for serving Plaintiff's OPENING BRIEF be extended from January 7, 2015 to February 21, 2015.  This is Plaintiff's first request for an extension by stipulation of the parties to submit Plaintiff's Opening Brief.  This is Plaintiff's second request for an extension by stipulation of the parties in this matter.  Due to reduced staff and office hours, Plaintiff's Counsel requests additional time to research and complete review of the administrative record.  Counsel apologizes to the Court and all parties involved for any inconvenience caused by this delay.

Dated:  January 6, 2015

Respectfully submitted,
*/s/   Jonathan Omar Pena*
JONATHAN OMAR PENA
Attorney for Plaintiff

1

Dated:  January 6, 2015      BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Regional Chief Counsel, Region IX
Social Security Administration

**(As authorized via email on 1/6/15)**
By:      /s/_____
JEFFREY T. CHEN
Office of the General Counsel/SSA
Attorneys for Defendant

## ORDER

Based upon the stipulation of counsel, the Court **ORDERS**:

1. Plaintiff SHALL file his opening brief no later than February 21, 2015;

2. **No further extensions of time will be granted absent a showing of exceptional good cause.**

IT IS SO ORDERED.

Dated:   **January 8, 2015**              **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE

2