# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT ZAMORA, | Case No.: 1:14-cv-00197- JLT |
| Plaintiff, | ORDER GRANTING EXTENSION OF TIME |
| v. | (Doc. 21) |
| CAROLYN COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

On March 23, 2015, the parties stipulated for Defendant to have an extension of time to file a response to Plaintiff's opening brief. (Doc. 21). Notably, the Scheduling Order permits only a single thirty-day extension by the stipulation of parties (Doc. 7 at 4), which was used by the plaintiff to obtain additional time to prepare the opening brief. (Docs. 18-19.) Beyond the single thirty-day extension, "requests to modify [the scheduling] order must be made by written motion and will be granted only for good cause." (Doc. 7 at 4.) Therefore, the Court construes the stipulation of the parties to be a motion by Defendant for modification of the Court's Scheduling Order.

Here, Defendant's counsel requests the extension due to "a heavy workload" following his return to work after a vacation. (Doc. 21 at 1.) The Court will grant Defendant's request for a further extension of time because Plaintiff does not oppose the request. However, the parties are cautioned that no further extensions of time will be granted without a showing of good cause.

Accordingly, **IT IS HEREBY ORDERED**:

1. The extension of time is **GRANTED**;
2. Defendant **SHALL** file a response to Plaintiff's opening brief on or before **April 22, 2015**.

IT IS SO ORDERED.

Dated:   **March 26, 2015**                             **/s/ Jennifer L. Thurston**
                                                                                         UNITED STATES MAGISTRATE JUDGE