# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT ZAMORA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN COLVIN,<br>Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No.: 1:14-cv-00197 - JLT<br><br>ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR DEFENDANT'S FAILURE TO COMPLY WITH THE COURT'S ORDER |

　　　　In the Court's Scheduling Order, Defendant was ordered to file a response to Plaintiff's opening brief "within thirty (30) days after service of [the] opening brief." (Doc. 7-1 at 3.) Defendant requested an extension of time do to "a heavy workload." (Doc. 21 at 1.) The Court granted the request on March 26, 2015, and ordered Defendant to "file a response to Plaintiff's opening brief on or before April 22, 2015." (Doc. 22 at 2.) However, Defendant has failed to file a response in accordance with the Court's order.

　　　　The Local Rules, corresponding with Fed. R. Civ. P. 11, provide: "Failure of counsel or of a party to comply with . . . any order of the Court may be grounds for the imposition by the Court of any and all sanctions . . . within the inherent power of the Court." Local Rule 110. "District courts have inherent power to control their dockets," and in exercising that power, a court may impose sanctions including dismissal of an action. *Thompson v. Housing Authority of Los Angeles*, 782 F.2d 829, 831 (9th Cir. 1986). A court may impose sanctions based on a party's failure to prosecute an action or

failure to obey a court order, or failure to comply with local rules.  *See*, *e.g*., *Ferdik v. Bonzelet*, 963 F.2d 1258, 1260-61 (9th Cir. 1992) (imposing sanctions for failure to comply with an order); *Malone v. U.S. Postal Service*, 833 F.2d 128, 130 (9th Cir. 1987) (imposing sanctions for failure to comply with a court order); *Henderson v. Duncan,* 779 F.2d 1421, 1424 (9th Cir. 1986) (imposing sanctions for failure to prosecute and to comply with local rules).

Accordingly, Defendant is **ORDERED** to show cause within seven days of the date of service of this Order why sanctions should not be imposed for failure comply the Court's Order or to file a response to Plaintiff's opening brief.

IT IS SO ORDERED.

Dated:   **April 26, 2015**              **/s/ Jennifer L. Thurston**
                                    UNITED STATES MAGISTRATE JUDGE