# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT ZAMORA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN COLVIN,<br>Acting Commissioner of Social Security,<br><br>　　　　　Defendant. | Case No.: 1:14-cv-00197 - JLT<br><br>ORDER DISCHARGING THE ORDER TO SHOW CAUSE DATED APRIL 27, 2015 (Doc. 23) |

　　　The Court issued an order to show cause on April 27, 2015, directing Defendant to either show cause why sanctions should not be imposed, or to respond to Plaintiff's opening brief. (Doc. 23.) Defendant filed a timely response to Plaintiff's opening brief on April 28, 2015. (Doc. 24.)

　　　Because Defendant has complied with the Court's order, the order to show cause is **DISCHARGED**.

IT IS SO ORDERED.

　　Dated: **April 29, 2015**　　　　　　　　　　　/s/ Jennifer L. Thurston
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1